Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED
JUN 09 2023
LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia ▼

BIG STONE GAP Division

HEATHER REECE et. al,

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

TONY MICHAEL HUTCHINSON et.al,

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 2:23CV19
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☑ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | HEATHER REECE |
| Street Address | 707 QUILLEN AVE SE |
| City and County | COEBURN, WISE COUNTY |
| State and Zip Code | VIRGINIA 24230 |
| Telephone Number | 276-455-6643/276-207-0805/276-219-5615 |
| E-mail Address | Reatherhd@gmail.com |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: TONY MICHAEL HUTCHINSON
    Job or Title (if known):
    Street Address: ~~12341~~ 23504 LARWOOD LN PO.O. BOX 16301
    City and County: BRISTOL, WASHINGTON
    State and Zip Code: VIRGINIA, 24209
    Telephone Number: UNKNOWN
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
18 U.S.C CODE 1343
18 U.S.C. CHAPTER 63
18 USC 1344
VA CODE 18.2-186.3
941. 18 USC 1341

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* HEATHER REECE, is a citizen of the State of *(name)* VIRGINIA.

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* TONY MICHAEL HUTCHINSON, is a citizen of the State of *(name)* VIRGINIA. Or is a citizen of *(foreign nation)* _____.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    Or is incorporated under the laws of *(foreign nation)* _____

    and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. **The Amount in Controversy**

The amount in controversy--the amount the plaintiff claims the defendant owes or the amount at stake--is more than $75,000, not counting interest and costs of court, because *(explain)*:

THE THEFT BEGAN AS $70,000, THEN WENT TO $160,000, AS IT HAS MULTIPLIED AS THE OTHERS WHO WERE PART OF THE CONSPIRACY CONTINUE TO ATTEMPT TO EVADE PROSECUTION, AS IT BEGAN DURING 1997, AS THE EVEIDENCE CONNECTS THE PARTIES IN 1999, THE FULL CLAIM AGAINST TONY MICHAEL HUTCHINSON IS TWELVE MILLION DOLLARS, AS THIS INCLUDES 18.2-186.3 FOR TWO MINOR CHILDREN

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

DID INTERNSHIP WITH WOLFE & FARMER TO PREPARE FOR GRADUATION DURING 1999, AS I FEEL I WAS TARGETED ON THESE DATES AS JANUARY 1,1999 IS THE FIRST FINANCIAL CONNECTION/I THEN HIRED TONY MICHAEL HUTCHINSON ATTORNEY/CLIENT FOR LEGAL MATTER ON OR ABOUT NOVEMBER 14th, 2002,(attached case number) HIRED TONY MICHAEL HUTCHINSON FOR SECOND LEGAL MATTER AS A JOINT DEBTOR ON OR ABOUT MAY OF 2009, (attached case number)ATTORNEY/CLEINT CONTRACT SIGNED FOR THE SECOND TIME, TO THE PRESENT DATE I HAVE NOT BEEN NOTIFIED OF THESE EVENTS, NEW EVIDENCE DISCOVERED MAKING THE FIRST CONNECTION BACK TO 1999.

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I AM REQUESTING AN INJUNCTION/MANDAMUS ORDER FOR CEASE AND DESIST/ALSO SEEKING MONTARY DAMAGES IN THE AMOUNT OF TWELVE MILLION DOLLARS, AS THIS DOES INCLUDE 18.2-186.3 VA CODE VIOLATION PLAINTIFF AND TWO MINOR CHILDREN(see full complaint) AS WELL AS THE VIOLATIONS REGARDING VA CODE 58.1-811, AS THIS WAS ALSO DISCOVERED AS NEW EVIDENCE (see atached complaint) EACH TAX YEAR THE PROFITS OF THE PARTIES TO THIS CONSIPIRACY, ARE CLEARLY INDICATED THROUGH THE ABUSE OF TRUSTEE AND FUDICIARY ACCOUNTS AND VA CODE
THE PROPERTY LEGAL MATTER, PERSONAL CHECKING, PERSONAL SAVINGS ACCTPLAINTIFF

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

JOINT ACCOUNT WITH THE JOINT DEBTOR, ABUSE OF TRUSTEE AND FUDICIARY ACCOUNTS OF FAMILY MEMBERS AND COMMONWEALTH ACCOUNTS, FALSE DOCUMENTATION CONNECT THE PARTIES OF THE FRAUD AND THE SCHEME TO SEVERAL FAMILY MEMBERS, OF AT LEAST ONE, POSSIBLY TWO ACCOUNTS CLEARLY OVERTAKEN AFTER THEY WERE DECEASED, AS THE FACTS OF THE NEW EVIDENCE, AND THE CONFLICTING FACTS, CLEARLY INDICIATE THESE FINANCIALLY CONNECT THE PARTIES OF THE CONSPIRACY AND THE PROPERTY OF LEGAL MATTER OF THE JOINT DEBT OF THE FILING OF THE SECOND CASE, THIS IS LEGAL MALPRACTICE.

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/21/2023

Signature of Plaintiff  *Heather Reece* (signed)

Printed Name of Plaintiff  HEATHER REECE

#### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address