CLERKS OFFICE US DISTRICT COURT
AT ABINGDON, VA
FILED

January 09, 2025

LAURA A. AUSTIN, CLERK
BY: /s/ Kendra Campbell
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
BIG STONE GAP DIVISION

| | |
|---|---|
| HEATHER REECE, | ) |
| | ) |
| Plaintiff, | ) Case No. 2:23-cv-00019 |
| | ) |
| v. | ) By: Michael F. Urbanski |
| | ) Senior United States District Judge |
| TONY MICHAEL HUTCHINSON, | ) |
| | ) |
| Defendant. | ) |

## ORDER

The plaintiff filed the pro se complaint in this action on June 9, 2023, and included a proposed summons. See ECF Nos. 2, 3. The summons was issued to the defendant, and the defendant answered the complaint pro se. See ECF Nos. 7, 8. The parties have not taken action since the defendant answered the complaint.

On September 25, 2024, the court entered an Order to Show Cause, ECF No. 14, requiring the parties to respond within 30 days why the case should not be dismissed. The clerk mailed a copy of the order to the pro se parties in this case. See ECF No. 14. The court received no response from either plaintiff Heather Reece or defendant Tony Michael Hutchinson.

Accordingly, this case is **DISMISSED without prejudice** for failure to prosecute. The clerk shall strike this case from the active docket of the court.

It is **SO ORDERED**.

Entered: January 6, 2025

Mike Urbanski
Senior U.S. District Judge
2025.01.06 17:55:49 -05'00'

Michael F. Urbanski
Senior United States District Judge